UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIOVANI DEPIANTI, GRASIELLE REGINA DOS SANTOS, HYUN KI KIM, KYU JIN RO, GERARDO VAZQUEZ, GLORIA ROMAN, JUAN AGUILAR, NICOLE RHODES, MATEO GARDUNO, CHIARA HARRIS, TODOR SINAPOV and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>JAN-PRO FRANCHISING INTERNATIONAL, INC.<br><br>　　　　　　　　　　Defendant. | Civil Action No. 08-Civ-10663 |

## MOTION TO ADMIT GEOFFREY M. RAUX, *PRO HAC VICE*

　　　　The defendant, Jan-Pro Franchising International, Inc. ("Jan-Pro"), by and through its attorney of record, Jeffrey M. Rosin, hereby moves, pursuant to LR 83.5.3(b), for Geoffrey M. Raux, Esq. of Foley & Lardner LLP, 111 Huntington Ave., Boston, MA 02199 to be admitted *pro hac vice* for the purpose of appearing and practicing in the above-captioned matter. In support of this motion, the defendant states as follows:

　　　　1.　　Geoffrey M. Raux, Esq. possess knowledge of relevant issues that will be invaluable in connection with the representation of the defendant in this matter.

　　　　2.　　In accordance with LR 83.5.3(b), the Affidavit of Geoffrey M. Raux is attached hereto as Exhibit A indicating that: (1) he is a member in good standing in every jurisdiction in which she is admitted to practice; (2) there are no disciplinary proceedings pending against Attorney Raux as a member of the bar in any jurisdiction; and (3) Attorney Raux is familiar with the Local Rules of this Court.

WHEREFORE, the defendant, Jan-Pro Franchising International respectfully requests that the Court grant leave for Geoffrey M. Raux, Esq. to appear and practice *pro hac vice* in the above-captioned matter.

Dated:  February 5, 2009.              Respectfully submitted,

                                       JAN-PRO FRANCHISING INTERNATIONAL, INC.


                                       /s/ Jeffrey M. Rosin
                                       Jeffrey M. Rosin, BBO # 629216
                                       FOLEY & LARDNER LLP
                                       111 Huntington Avenue
                                       Boston, Massachusetts 02199
                                       (617) 342-4000
                                       jrosin@foley.com


**CERTIFICATE OF SERVICE**

I, Jeffrey M. Rosin, hereby certify that on February 5, 2009, a true copy of Defendant's Motion to Admit Geoffrey M. Raux, Esq. *Pro Hac Vice,* filed through the ECF system will be sent electronically to the following:

Shannon Liss-Riordan
Harold Lichten
Hillary Schwab
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suit 500
Boston, MA 02108


                                       /s/ Jeffrey M. Rosin
                                            Jeffrey M. Rosin

# TAB A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIOVANI DEPIANTI, GRASIELLE REGINA DOS SANTOS, HYUN KI KIM, KYU JIN RO, GERARDO VAZQUEZ, GLORIA ROMAN, JUAN AGUILAR, NICOLE RHODES, MATEO GARDUNO, CHIARA HARRIS, TODOR SINAPOV and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>JAN-PRO FRANCHISING INTERNATIONAL, INC.<br><br>        Defendant. | Civil Action No. 08-Civ-10663 |

**AFFIDAVIT OF GEOFFREY M. RAUX, ESQ.**

I, Geoffrey M. Raux, do hereby depose and state as follows:

1. I am an associate with the law firm of Foley & Lardner LLP, 111 Huntington Ave., Boston, MA 02199.  I make this affidavit in support of my application to be admitted *pro hac vice* as counsel for the defendant in the above-captioned action.

2. I have been a member in good standing of the New York State Bar since 2006.  I am also admitted to practice before the following courts: Southern District of New York (2007); and Eastern District of New York (2007).

3. I am a member in good standing in every jurisdiction to which I have been admitted.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.  My admission *pro hac vice* is specifically permitted by Local Rule 83.5.3(b).

WHEREFORE, I respectfully request that I be admitted *pro hac vice* to act as counsel for Defendant, Jan Pro Franchising International, Inc. for all purposes in this action.

Dated: February 5, 2009.

Geoffrey M. Raux, Esq.