IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANI DEPIANTI, *et al.*, | No. C 16-05961 WHA |
| Plaintiffs, | |
| v. | **ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND DENYING REQUEST TO ATTEND HEARING BY TELEPHONE** |
| JAN-PRO FRANCHISING INTERNATIONAL, INC, | |
| Defendant. | |

    In this action which has been transferred here from the District of Massachusetts, the parties seek to continue the case management conference scheduled for January 19. The parties completed summary judgment motions more than six years ago in Massachusetts and seek to re-brief the motions to account for developments in the law since then and developments in the case (including eliminating discussion of and evidence involving eight plaintiffs who are no longer in the case). They further seek to conform the briefs to the local rules. The parties also seek to conduct their briefs over an extended period of four months, but they do not explain why merely re-working briefs that have already been completed cannot be done on the normal 35-day track (or a 42-day track, including the proposed surreply).

1  The request to continue the case management conference is **DENIED**. The conference on
2  January 19 will address, *inter alia*, the schedule for briefing the summary judgment motions.
3  Additionally, the courtroom telephone system is not conducive to conducting hearings thereon,
4  so the request to appear by telephone is also **DENIED**.

6  **IT IS SO ORDERED.**

8  Dated:   January 13, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE