IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANI DEPIANTI, *et al.*, | No. C 16-05961 WHA |
| Plaintiffs, | |
| v. | **ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY JEFFREY MARK ROSIN** |
| JAN-PRO FRANCHISING INTERNATIONAL, INC, | |
| Defendant. | |

The *pro hac vice* application of Attorney Jeffrey Mark Rosin (Dkt. No. 224) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Massachusetts" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: January 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE