IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLORIA ROMAN, GERARDO VAZQUEZ,
JUAN AGUILAR,

    Plaintiffs,

  v.

JAN-PRO FRANCHISING
INTERNATIONAL INC,

    Defendant.

No. C 16-05961 WHA

**CASE MANAGEMENT SCHEDULING ORDER**

As discussed at the hearing, the case shall proceed according to the following schedule:

Plaintiffs shall file their streamlined complaint, with no new claims or factual allegations, by **JANUARY 26**. Defendants shall answer by **FEBRUARY 2**.

The parties shall brief their summary judgment motions on the following schedule: Defendant's opening brief is due on **FEBRUARY 16**. Plaintiffs' opposition and motion for summary judgment (if applicable) is due on **MARCH 16**. Defendants' reply is due **MARCH 30**. Plaintiffs' surreply (if they moved for summary judgment) is due on **APRIL 13**. Oral argument will be heard on **MAY 4 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: January 19, 2017.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE