United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLORIA ROMAN, GERARDO VAZQUEZ, JUAN AGUILAR,

    Plaintiffs,

  v.

JAN-PRO FRANCHISING INTERNATIONAL INC,

    Defendant.

No. C 16-05961 WHA

**ORDER ALLOWING EXTRA PAGES ON REPLY AND SURREPLY**

The parties stipulated to exceed the page limits on their reply and surreply by five pages. The request is **GRANTED**, however, the parties are reminded that they should not sandbag each other with reply evidence.

**IT IS SO ORDERED.**

Dated: March 29, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE