IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ROMAN, GERARDO VAZQUEZ, JUAN AGUILAR,<br><br>   Plaintiffs,<br><br>   v.<br><br>JAN-PRO FRANCHISING INTERNATIONAL, INC,<br><br>   Defendant. | No. C 16-05961 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Jan-Pro Franchising International, Inc. and against plaintiffs Gloria Roman, Gerardo Vazquez, and Juan Aguilar. The Clerk **SHALL CLOSE THE FILE**.

Dated: May 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE