IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLORIA ROMAN, GERARDO VAZQUEZ, JUAN AGUILAR,

    Plaintiffs,

  v.

JAN-PRO FRANCHISING INTERNATIONAL, INC,

    Defendant.

No. C 16-05961 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Jan-Pro Franchising International, Inc. and against plaintiffs Gloria Roman, Gerardo Vazquez, and Juan Aguilar. The Clerk **SHALL CLOSE THE FILE**.

Dated: May 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE