IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLORIA ROMAN, GERARDO VAZQUEZ, JUAN AGUILAR,

Plaintiffs,

v.

JAN-PRO FRANCHISING INTERNATIONAL, INC,

Defendant.

No. C 16-05961 WHA

**ORDER RE OBJECTION TO BILL OF COSTS**

An order dated May 24, 2017, granted summary judgment in favor of defendant Jan-Pro Franchising International, and entered judgment in its favor (Dkt. Nos. 266, 267). Jan-Pro submitted a bill of costs, seeking recovery of costs of taking the depositions of plaintiffs Gloria Roman, Gerardo Vasquez, and Juan Aguilar as well as plaintiffs' expert, Steven Cumbow (Dkt. No. 270-2). The total bill is approximately $3,535.40.

Plaintiffs do not object to any individual cost; however, they oppose an award of costs altogether on the grounds that paying these costs would be a hardship for them due to their limited financial resources, and awarding costs would discourage future meritorious wage and labor suits (Dkt. No. 271). Jan-Pro may respond to plaintiffs arguments by **JULY 6**.

**IT IS SO ORDERED.**

Dated: June 29, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE