CLINT D. ROBISON (SBN 158834)
**O'HAGAN MEYER**
21550 Oxnard Street, Suite 1050
Woodland Hills, CA, 91367
Telephone:     (213) 306-1610
Facsimile:      (213) 306-1615

JEFFREY M. ROSIN (PHV Approved)
**O'HAGAN MEYER**
111 Huntington Avenue, Suite 719
Boston, MA 02199
Attorneys for Defendant
JAN-PRO FRANCHISING INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ROMAN, GERARDO VASQUEZ, JUAN AGUILAR,<br><br>Plaintiffs,<br><br>vs.<br><br>JAN-PRO FRANCHISING INTERNATIONAL, INC.<br><br>Defendant. | Case No.  3:16-cv-05961-WHA<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE PERTAINING TO PLAINTIFF'S MOTION TO CERTIFY CLASS (ECF DOC. #290) AND MOTION FOR SUMMARY JUDGMENT (ECF DOC #291)**<br><br>Date: April 14, 2022<br>Time: 8:00 a.m.<br>Courtroom 12, 19th Floor<br><br>The Honorable William H. Alsup |

Pursuant to Local Civil Rule 6.2 and 7.12, plaintiffs, Gloria Roman, Gerardo Vasquez and Juan Aguilar ("Plaintiffs") hereby stipulate with defendant Jan-Pro Franchising International, Inc. ("Defendant") that Defendant may have up to and including March 4, 2022 to file its oppositions to two motions filed by plaintiffs on January 21, 2022:  specifically, ECF Document 290 (Plaintiff's Motion to Certify Class), and ECF Document 291 (Plaintiff's Motion for Summary Judgment).  In turn, Plaintiffs would have up to and including March 29, 2022 to submit any replies and, if convenient for the Court, the parties would come before the Court for

1 | hearing on April 14, 2022 (the 2d Thursday of the month) at 8:00 a.m.  The Declaration of

2 | Jeffrey M. Rosin in support of this stipulation, and a Proposed Order is submitted herewith.

RESPECTFULLY SUBMITTED
JAN-PRO FRANCHISING INTERNATIONAL, INC.

*/s/ Jeffrey M. Rosin*
Jeffrey M. Rosin (admitted *pro hac vice*)
Clint D. Robison (SBN 232462)

So Stipulated by counsel for Plaintiffs

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (SBN 310719)

CLINT D. ROBISON (SBN 158834)
**O'HAGAN MEYER**
21550 Oxnard Street, Suite 1050
Woodland Hills, CA, 91367
Telephone:    (213) 306-1610
Facsimile:     (213) 306-1615

JEFFREY M. ROSIN (PHV Approved)
**O'HAGAN MEYER**
111 Huntington Avenue, Suite 719
Boston, MA 02199
Attorneys for Defendant
JAN-PRO FRANCHISING INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ROMAN, GERARDO VASQUEZ, JUAN AGUILAR,<br><br>   Plaintiffs,<br><br>vs.<br><br>JAN-PRO FRANCHISING INTERNATIONAL, INC.<br><br>   Defendant. | Case No.  3:16-cv-05961-WHA<br><br>**PROPOSED ORDER REGARDING STIPULATION PERTAINING TO PLAINTIFF'S MOTION TO CERTIFY CLASS (ECF DOC. #290) AND MOTION FOR SUMMARY JUDGMENT (ECF DOC #291)**<br><br>Date:  April 14, 2022<br>Time: 8:00 a.m.<br>Courtroom 12, 19th Floor<br><br>The Honorable William ~~H.~~ Alsup |

PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant Jan-Pro Franchising International, Inc. ("Defendant") ~~shall have up to and including March 4, 2022~~ has until March 4, 2022, at Noon to file its oppositions to Plaintiff's Motion to Certify Class (ECF Document 290) and Plaintiff's Motion for Summary Judgment (ECF Document 291).  Plaintiffs shall have up to ~~and including March 29, 2022~~ March 25, 2022, at Noon to submit any replies.  The motions will be heard April 28 at 8 a.m.

Dated: January 31, 2022 .

_____
Hon. William ~~H.~~ Alsup