UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANI DEPIANTI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAN-PRO FRANCHISING INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 16-cv-05961-WHA   (LJC)<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE SCHEDULING**<br><br>Re: Dkt. No. 439 |

The parties have failed complied with the undersigned's minute order, ECF No. 439, requiring the parties to propose settlement conference dates, in the event that their May 25, 2023 private mediation failed. At the July 19, 2023 telephonic pre-settlement conference, the parties shall select a settlement conference date to be held in person on either August 15 or August 21, 2023, starting at 10:00 am. The parties and their counsel shall appear in Courtroom G.

**IT IS SO ORDERED.**

Dated: July 14, 2023

LISA J. CISNEROS
United States Magistrate Judge