UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF  NORTHERN DISTRICT OF CALIFORNIA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:16-cv-05961-WHA

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: April 18, 2008

Date of judgment or order you are appealing: August 21, 2023

Docket entry number of judgment or order you are appealing: 464

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Jan-Pro Franchising International, Inc.

Is this a cross-appeal?  ☐ Yes  ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☒ Yes  ☐ No

If yes, what is the prior appeal case number? 17-16096

Your mailing address (if pro se):

City:       State:       Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Richard H. Rahm       **Date** August 21, 2023

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                         *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

> Jan-Pro Franchising International, Inc.

Name(s) of counsel (if any):

> Richard H. Rahm/Heather Lanyi, Littler Mendelson, P.C.
> Norman M. Leon, DLA Piper LLP (US)
> Jeffrey M. Rosin, O'Haan Meyer

Address:
> 333 Bush Street, Floor 34, San Francisco, CA 94104 (Littler);
> 444 West Lake Street,. Suite 900, Chicago, IL 60606 (DLA Piper);
> 111 Huntington Avenue, Suite 719, Boston, MA 02199 (O'Hagan).

Telephone number(s):
> 415.433.1940 (Littler);
> 312.368.2192 (DLA Piper);
> 617.843.6800 (O'Hagan)

Email(s):
> rrahm@littler.com; hlanyi@littler.com;
> norman.leon@us.dlapiper.com;
> jrosin@ohaganmeyer.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ☒ Yes   ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

> Gloria Roman, Gerardo Vasquez, and Juan Aguilar

Name(s) of counsel (if any):

> Shannon Liss-Riordan/Adelaide H. Pagano/Jane Farrell, Lichten & Liss-Riordan, P.C.

Address:
> 729 Goylston Street, Suite 2000, Boston, MA 02116

**Form 6**                                          *1*                                    *New. 12/01/2018*

Telephone number(s): 617.994.5800

Email(s): sliss@llrlaw.com; apagano@llrlaw.com; Jfarrell@llrlaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ☐ Yes ☐ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New. 12/01/2018*