UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA ROMAN, GERARDO VASQUEZ, and JUAN AGUILAR,

Plaintiffs,

v.

JAN-PRO FRANCHISING INTERNATIONAL, INC.,

Defendant.

No.  C 16-05961 WHA

**ORDER RE HEARING FOR MOTION TO CERTIFY APPEAL AS FRIVOLOUS**

Due to an ongoing trial, it will be impossible to hear plaintiffs' motion to certify defendant's appeal as frivolous as noticed on Thursday (Dkt. No. 466).  The Court will try to hear the motion at **1:30 P.M.** on **FRIDAY, AUGUST 25, 2023**.  Defendant's response is due at **5:00 P.M.** on **WEDNESDAY, AUGUST 23, 2023**.

At the hearing for plaintiffs' motion to compel discovery on August 2, 2023, defendant was ordered to at least turn over the names of class plaintiffs from pre-2009 Royalty Reports — who would not have received individual class notice yet — by August 16, 2023.  If there is a hearing on Friday, defendant shall please have in the courtroom all witnesses necessary to: (1) explain why the pre-2009 Royalty Reports cannot be produced, and (2) explain why Attorney Richard Rahm represented that yet-unidentified class members from those pre-2009 Royalty Reports could be produced.

**IT IS SO ORDERED.**

Dated:  August 22, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE