UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ROMAN, GERARDO VASQUEZ, and JUAN AGUILAR,<br><br>Plaintiffs,<br><br>v.<br><br>JAN-PRO FRANCHISING INTERNATIONAL, INC.,<br><br>Defendant. | No. C 16-05961 WHA<br><br>**CLARIFYING ORDER RE TRIAL** |

Our prior order certified defendant's appeal as frivolous and stayed this action as to the 125 class members identified via sample yearly arbitration agreements defendant filed (Dkt. No. 477). To be clear, the trial on October 16, 2023, will proceed as to all class members except the 125 and will include even the 125 if our court of appeals rules in time. If not, then a separate trial will be held as to those 125.

**IT IS SO ORDERED.**

Dated: August 27, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE