FILED

SEP 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GLORIA ROMAN; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> JAN-PRO FRANCHISING INTERNATIONAL, INC., <br><br> Defendant-Appellant. | No. 23-16111 <br><br> D.C. No. 3:16-cv-05961-WHA <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: BADE and VANDYKE, Circuit Judges.

Appellant's motion for reconsideration of this court's September 12, 2023 order (Docket Entry No. 11) is denied. *See* 9th Cir. R. 27-10.

The existing briefing schedule remains in effect.