

Littler Mendelson, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104

Richard H. Rahm
415.677.3104 direct
415.433.1940 main
415.743.6553 fax
rrahm@littler.com

October 18, 2023

**BY PACER**

The Honorable William Alsup
United State District Court Judge
Northern District of California
450 Golden Gate Avenue
Courtroom 12 - 19th Floor
San Francisco, California 94102

Re:   *Vazquez v. Jan-Pro Franchising International Inc.*
   Case No. 3:16-cv-05961-WHA

Dear Judge Alsup:

At the Status Conference held on September 27, 2023, the Court ordered the parties to submit the settlement agreement documents or, if not submitted, to provide an explanation by October 18, 2023. *See* Dkt. 496.

While the parties have made significant progress in finalizing the documents, there remains several tasks that must be done. Jan-Pro has provided Plaintiffs with the contact data of most of the 348 additional class members to whom notice must be sent but is still working on obtaining the missing addresses of a handful of class members in the Los Angeles. The parties are also close to finalizing the Motion for Preliminary Approval papers, and they have mostly finalized the Notice of Class Action Settlement, the Claims Form, and the Notice of Proposed Class Action Settlement, with the exception the actual formula to be used to calculate the distribution of the settlement monies to the individual class members. The parties are also finalizing the long-form settlement agreement.

//

//

//

The Honorable William Alsup
October 18, 2023w
Page 2

Based on the above tasks, the parties would like to ask for a three-week extension to November 8, 2023, to submit all the documents for the Settlement Agreement and the Motion for Preliminary Approval.

Sincerely,

*/s/ Richard H. Rahm*

Richard H. Rahm
Littler Mendelson, P.C.

O'Hagan Meyer
DLA Piper LLP (US)

Attorneys for Defendant
Jan-Pro Franchising International, Inc.

4860-5654-3624.1 / 120920-1001