UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ROMAN, GERARDO VASQUEZ, and JUAN AGUILAR, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAN-PRO FRANCHISING INTERNATIONAL, INC.,<br><br>Defendant. | No. C 16-05961 WHA<br><br>**ORDER REGARDING MOTION FOR PRELIMINARY APPROVAL** |

Having reviewed and granted plaintiffs' motion for preliminary approval of class action settlement; and the memorandum in support thereof, and in recognition of the Court's duty to make a preliminary determination as to the reasonableness of any proposed class action settlement, and if preliminarily determined to be reasonable, to ensure proper notice is provided to class members in accordance with due process requirements, and to conduct a final approval hearing as to the good faith, fairness, adequacy and reasonableness of any proposed settlement, the Court hereby **FINDS** that the proposed settlement meets the standard for preliminary approval and is reasonable enough to justify sending notice to the members of the class. *McKinney-Drobnis v. Oreshack*, 16 F.4d 594, 60 (9th Cir. 2021) ("Before approving a class settlement under Rule 23(e), district courts must scrutinize the settlement and ensure that it is 'fair, reasonable, and adequate.'"). The Court further **ORDERS**:

1. Notice is to be mailed and emailed to all settlement class members as soon as possible and no later than **December 20, 2023;**

2. Publication notice, as described in the parties' settlement agreement, will be published no later than **December 20, 2023**;

3. The deadline for settlement class members to file objections or opt out of the settlement shall be **February 23, 2024**;

4. Plaintiffs shall file their motion for attorney's fees, costs, and service awards no later than **January 5, 2024**, and paid motion and supporting documents will be promptly posted to the settlement website;

5. Plaintiffs shall file their final approval motion no later than **February 29, 2024 AT NOON**, and said motion and supporting documents will be promptly posted to the settlement website;

6. The final fairness hearing will take place on **March 14, 2024 at 1:30pm**. This date will be posted to the settlement website. Should the date or time change, the new date will be promptly posted to the settlement website.

**IT IS SO ORDERED.**

Dated: December 5, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE